E-FILED
Wednesday, 07 May, 2025 10:29:48 AM
Clerk, U.S. District Court, ILCD

FILED
MAY 0 6 2025
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 25-CR-30024 |
| | ) | |
| v. | ) | |
| | ) | Title 8, United States Code, |
| DANIEL TORREZ-PEREZ, | ) | Section 1326(a) |
| | ) | |
| Defendant. | ) | |

INDICTMENT

The Grand Jury Charges:

COUNT ONE
(Reentry of Removed Aliens)

On or before December 26, 2024, in Riverton, Illinois, within the Central District of Illinois, and elsewhere,

DANIEL TORREZ-PEREZ,

the defendant herein, committed the offense of re-entry of a removed alien, in that, as an alien, native to Guatemala, he was found in Riverton, Illinois after having been previously removed from the United States, such removal occurred on or about August 10, 2023. The defendant returned to the United States without having obtained permission from the Attorney General of the

United States and the Secretary of Homeland Security to reapply for admission to the United States.

All In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL,

Redacted

FOREPERSON

Redacted

GREGORY M. GILMORE
ACTING UNITED STATES ATTORNEY
SES